Schultz and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Supplementary Proceedings. William A. Crawford, Respondent, v. Musco M. Robertson, Appellant.— Order affirmed, with ten dollars-costs and disbursements. No opinion.

Frederic Currie and Others, Copartners, Doing Business under the Firm Name of Currie & Boyce, Appellants, v. Frank J. Sprague, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henrietta A. Fajen, Respondent, v. Equitable Hotel Company and Others, Impleaded with Wilhelmina Nobel and Robert R. Debacher, as Executors, etc., of Henry Nobel, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louisa Schultz, Respondent, v. Louis Vogel, Appellant, Impleaded with Elizabeth Vogel and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Canavan Brothers Company, Appellant, v. Adolph M. Bendheim and Hyman D. Baker, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Jacob Klein, Respondent, v. Peter T. Barlow, a City Magistrate of the City of New York, and the Warden, Keeper or Agent in Charge of the Fourth District Magistrate's Prison Pen, Defendants. The People of the State of New York, Appellant.— Order affirmed. No opinion.

Harry D. Grant, Respondent, v. William L. Sherry, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John J. Dickinson, Respondent, v. David J. Tysen, Appellant, Impleaded with Milton C. Quimby.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Isaac Acker, Respondent, v. William Scott, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edwin Wolf and Others, Respondents, v. Union Waxed and Parchment Paper Company, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion.

The People of the State of New York v. Charles Rinkel.— Motion granted.

The People of the State of New York v. Abraham Rubin.— Motion granted, unless appellant complies with terms stated in order.

The People of the State of New York v. Albert Schmaltzbach.— Motion granted.

May Eline v. Charles Eline.— Motion denied.

Cecil Marstin v. Almerin Marstin.— Motion granted, with ten dollars costs.

Union Waxed and Parchment Paper Company v. Frank J. Gardner.— Motion granted, unless appellant complies with terms stated in order.

Ella M. Stevens v. George W. Van Alstyne. Michael Maloney v. Randolph Hurry. Sam Fund v. Joseph Spivack.— Motions granted, unless appellants comply with terms stated in order.